UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA :

    -v- :

TAIWAN GARLAN :

             Defendants. :
- - - - - - - - - - - - - - - - - -X

**ORDER**
**06 Cr. 340 (ARR)**

    Upon the *EX-PARTE* application of **Taiwan Garlan**, by his attorney Peter Enrique Quijano, for an Order authorizing the appointment of a paralegal, pursuant to the Criminal Justice Act, 18 U.S.C. 3006A (e) (1);

    **IT IS HEREBY ORDERED,** that:

    **G. HANNA ANTONSSON**, a para-legal, to assist in the representation of **TAIWAN GARLAN**, on the above captioned matter, pursuant to Criminal Justice Act, 18 U.S.C. § 3006A (e)(1), is authorized to bill at a rate of sixty-five dollars ($65.00) per hour, not to exceed a total three thousand dollars ($3,000.00) without further application to and authorization by this Court.

Dated:    NEW YORK, NEW YORK
       August 24, 2006

                                S O   O R D E R E D

                              ALLYN E R. ROSS
                              UNITED STATES DISTRICT JUDGE

**QUIJANO & ENNIS, P.C.**
ATTORNEYS AT LAW
381 PARK AVENUE SOUTH
SUITE 701
NEW YORK, NEW YORK 10016

TELEPHONE: (212) 686-0666
FAX: (212) 686-8690

Members of the Firm

Nancy Lee Ennis, Esq.
Peter Enrique Quijano, Esq.



August 21, 2006

**BY U.S. MAIL**

Honorable Allyne R. Ross
United States District Judge
United States District Court
for the Eastern District of New York
221 Cadman Plaza East
Brooklyn, New York 11201

Re: <u>U.S. v. Taiwan Garlan</u>, 06 Cr. 340 (ARR)

Dear Judge Ross:

I am the attorney for the defendant Taiwan Garlan in the above-referenced matter, having been appointed by the Court pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. §3006A. Mr. Garlan is charged with participating in a far-reaching narcotics conspiracy, in violation 21 U.S.C. § 846 This letter is submitted respectfully as an *ex-parte* application for the authorization and appointment of para-legal services pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A(e)(1).

It had become abundantly clear that Mr. Garlan's defense would be greatly enhanced by the assistance of a para-legal in order to assist in numerous matters, including: organizing and cross referencing an extensive file and voluminous discovery; assisting in thoroughly debriefing Mr. Garlan; and, attending to Mr. Garlan's personal and familial issues, to name but a few.

Accordingly, the defendant Taiwan Garlan requests respectfully that the Court authorize the appointment of G. Hanna Antonsson, Esquire, as a para-legal to assist in his defense. I can personally attest that she is experienced, extremely capable and has proven to be of invaluable assistance to myself and my partner and several other

Honorable Allyne R. Ross, U.S.D.J.
August 21, 2006
Page two

colleagues. Ms. Antonsson has previously been appointed as a para-legal on several matters pursuant to the Criminal Justice Act, including, U.S. v. Michael Nnebe, 01 Cr. 545 (SAS), and U.S. v. Rodolfo Mosquero-Masmela, 03 Cr. 902 (HB); U.S. v. Gidon Abramov, 04 Cr. 1041 (SLT); and, U.S. v. Robert Oriach, 05 Cr. 819 (ERK). Ms. Antonsson's billing rate is sixty-five dollars ($65.00) an hour, and we would suggest a 'cap' $3,000.00 (approximately 46 hours), without additional application to the Court. Mr. Garlan has previously submitted affidavits establishing his currant inability to pay for legal services and costs, and is without resources to retain the services of a para-legal. Finally, as a member of the Criminal Justice Act Panel, I am highly conscious of needlessly expending CJA funds; in this case, however, I have ascertained that the requested appointment of a paralegal is necessary for the preparation of Mr. Garlan's defense.

Therefore, it is respectfully requested that the Court endorse the enclosed proposed ORDER. Your Honor's understanding and consideration of this request are, as always, greatly appreciated.

Respectfully submitted,

Peter Enrique Quijano

Enclosure